IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,

      Plaintiff,                    CIV-S-06-1613 MCE GGH PS

    vs.

SCOTT MARSHALL, et al.,

      Defendants.                   ORDER

_____/

        Presently calendared for hearing on July 27, 2006 are defendants' motions to dismiss, and defendant City of Williams' motion to strike. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The July 27, 2006 hearing on the motions to dismiss, filed June 22, 2006, and June 26, 2006, and the motion to strike, filed June 26, 2006, is vacated; and

\\\\\

\\\\\

1     2. The motions are submitted on the record.

2 DATED: 7/24/06

/s/ Gregory G. Hollows

3

4                                     GREGORY G. HOLLOWS
                                    U. S. MAGISTRATE JUDGE

5 GGH:076:Schlenvogt.vac.wpd

2