IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,

    Plaintiff,               CIV-S-06-1613 MCE GGH PS

    vs.

SCOTT MARSHALL, et al.,

    Defendants.            ORDER

_____/

        Defendants' amended motion to dismiss presently is calendared for hearing on April 12, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. April 12, 2007 hearing on the amended motion to dismiss, filed March 6, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 4/4/07

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076:Schlenvogt1613.vac.wpd