1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   O. PAUL SCHLENVOGT,

11          Plaintiff,                    CIV-S-06-1613 MCE GGH PS

12       vs.

13   SCOTT MARSHALL, et al.,

14          Defendants.                   ORDER

15   _____/

16          Defendant City of Williams has filed a motion for summary judgment which

17   presently is calendared for hearing on August 2, 2007.  On July 25, 2007, Mr. Johnson,

18   bankruptcy attorney for plaintiff, filed a letter informing this court that plaintiff had filed a

19   bankruptcy action in North Dakota on June 7, 2007.  The attorney suggested that this action

20   would therefore be stayed.  It is not clear whether a bankruptcy filing causes an unrelated action

21   to be stayed where the bankruptcy petitioner is a *plaintiff* in the unrelated case.

22          Accordingly, IT IS ORDERED that:

23          1.  The August 2, 2007 hearing on defendant City of Williams' motion for

24   summary judgment, filed June 29, 2007, is vacated pending a district court ruling in response to

25   attorney Johnson's letter; and

26   \\\\\

1

1          2.  Plaintiff shall inform the court within ten days of this order how he wishes to

2  proceed on this case.

3  DATED: 7/27/07                                   /s/ Gregory G. Hollows

4                                                   GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

5  GGH:076:Schlenvogt1613.bkr.wpd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26