IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,

    Plaintiff,                              CIV-S-06-1613 MCE GGH PS

    vs.

SCOTT MARSHALL, et al.,

    Defendants.                           ORDER

_____/

        Pending before this court are various dispositive motions filed by defendants. On July 25, 2007, after the motions were filed, plaintiff's bankruptcy counsel in North Dakota filed a letter informing this court that plaintiff had filed a Chapter 12 case on June 7, 2007. Counsel stated his belief that the bankruptcy filing would stay these pending motions and this case. Such a bankruptcy filing has no effect on this case; however, where the debtor is a plaintiff and there are no counterclaims against him in the case. In re Merrick, 175 B.R. 333, 337 (B.A.P. 9th Cir. 1994); In re Mitchell, 206 B.R. 204, 212 (Bankr. C.D. Cal. 1997). The automatic stay of 11 U.S.C. § 362 has no application to suits brought by debtors, but only stays actions *against* debtors. Id. Therefore, the court finds that a stay is not appropriate in this case. Plaintiff has since filed an intent to proceed with this action. (Docket #93.)

        Accordingly, IT IS ORDERED that:

1. On or before January 11, 2008, plaintiff shall file and serve an opposition to the motion for summary judgment filed on June 29, 2007 by the City of Williams.

2. Defendant may file a reply within two weeks of being served with an opposition.

DATED: 12/11/07                                  /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 U. S. MAGISTRATE JUDGE

GGH:076:Schlenvogt1613.opp.wpd