IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,

    Plaintiff,                     CIV-S-06-1613 MCE GGH PS

    vs.

SCOTT MARSHALL, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an opposition to the motion for summary judgment filed on June 29, 2007, by the City of Williams, pursuant to the court's order of December 11, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 10, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted fifteen (15) days from the date of this order in which to file and serve his opposition.  Defendants' reply, if any, shall be filed fourteen (14) days thereafter.

DATED: 01/16/08

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             U. S. MAGISTRATE JUDGE

GGH:076:Schlenvogt1613.36