IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,

    Plaintiff,                       CIV-S-06-1613 MCE GGH PS

   vs.

SCOTT MARSHALL, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to findings and recommendations, issued March 14, 2008.  Plaintiff previously was granted an extension of time.  His March 19, 2008 request is based on "computer malfunction" which is not sufficient cause as objections may be hand written if necessary.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 19, 2008 request for an extension of time is denied.

DATED: 03/31/08

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             U. S. MAGISTRATE JUDGE

GGH:076:Schlenvogt1613.eot

1