IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,

     Plaintiff,                                     CIV-S-06-1613 MCE GGH PS

     vs.

SCOTT MARSHALL, et al.,

     Defendants.                               ORDER

_____/

        On March 14, 2008, the magistrate judge filed amended findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff's March 19, 2008, request for extension of time was denied, and no objections have been filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed March 14, 2008, are ADOPTED.

2. The amended motion to dismiss, filed March 6, 2007 by Marshall, Villasenor, Troughton, Morton, Pearson, Wheeler, Turner, Scroggins, Pyner, Moran, County of Colusa, Colusa County Sheriff's Department, Franklin, and Downey Brand LLP is granted, and this action is dismissed with prejudice.

3. Defendants City of Williams' motion for summary judgment, filed June 29, 2007, is denied as moot.

Dated: March 31, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE