UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

O. PAUL SCHLENVOGT,                    No. 2:06-cv-01613-MCE-GGH

    Plaintiff,

  v.                                   MEMORANDUM AND ORDER

SCOTT MARSHALL, et. al.,

    Defendants.

----oo0oo----

Presently before the Court is Plaintiff O. Paul Schlenvogt's motion to disqualify both the district judge and the magistrate judge assigned to his case.[1] For the following reasons, Plaintiff's motion is DENIED.

A district judge or magistrate judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a).

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1  A judge shall also disqualify himself for reasons of bias or
2  prejudice, financial interest, or a prior relationship to the
3  case." Id. at § 455(b).  In determining whether
4  disqualification is proper, courts apply an objective test:
5  "whether a reasonable person with knowledge of all the facts
6  would conclude that the judge's impartiality might reasonably be
7  questioned." Clemens v. U.S. Dist. Ct. for Central Dist. of
8  California, 428 F.3d 1175, 1178 (9th Cir. 2005) (citations
9  omitted).  "The 'reasonable person' in this context means a
10 'well-informed, thoughtful observer,' as opposed to a
11 'hypersensitive or unduly suspicious person.'" Id. (citations
12 omitted).  Further, the grounds for disqualification must arise
13 from "extrajudicial" factors, namely, factors not related to the
14 judicial proceeding at hand. Id.
15      Although, Plaintiff has filed over 180 pages in support of
16 his motion for disqualification, a careful reading of Plaintiff's
17 arguments shows that his grounds for disqualification amount to
18 nothing more than a disagreement with the Court's rulings in this
19 case.  Thus, Plaintiff's argument does not arise from the
20 "extrajudicial" factors required to warrant disqualification.
21 Further, to the extent Plaintiff disagrees with this Court's
22 rulings, his avenue of redress is via an appeal, not a motion to
23 disqualify.
24      Plaintiff also makes several egregious and wholly unfounded
25 accusations regarding the district judge and magistrate judge.
26 Plaintiff even goes so far as to accuse the district judge and
27 magistrate judge of conspiring to murder him.
28 ///

Not only do Plaintiff's assertions lack support, but they are precisely the hypersensitive and unduly suspicious beliefs that the Ninth Circuit has found do not support disqualification.

The Court finds that viewing the facts of this case, a reasonable person would not conclude that either the district judge's or the magistrate judge's impartiality should be questioned.

## CONCLUSION

Based on the foregoing, Plaintiff's motion to disqualify the district judge and magistrate judge assigned to this case is denied.

IT IS SO ORDERED.

Dated: September 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE